**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID J. WOOD,**                                                                                       **PLAINTIFF**
**trustee of the Richard T. Smith Family Trust # 2**

**V.**                                              **No.  4:05-CV-00124 GTE**

**VALLEY FORGE LIFE INSURANCE COMPANY**                            **DEFENDANT**

## JUDGMENT

Pursuant to the jury's finding, rendered on March 1, 2006, that M. David Howell's death was the result of an accidental overdose, and the Order of The Honorable James M. Moody on February 15, 2006, on the parties' cross-motions for summary judgment, (Docket No. 55),

IT IS HEREBY CONSIDERED ORDERED AND ADJUDGED that the Plaintiff David Wood, trustee of the Richard T. Smith Family Trust #2, have and recover from Defendant Valley Forge Life Insurance Company the sum of Three Hundred Thousand Dollars ($300,000) pursuant to the terms of the Accidental Death Rider; plus a penalty of 12% (Thirty-Six Thousand Dollars ($36,000)) pursuant to Ark. Code Ann. § 23-79-208;[1]  plus pre-judgment interest at 8% per annum, from February 27, 2003 through March 1, 2006 (Seventy-Two Thousand One Hundred Ninety-Seven Dollars and Twenty-Five Cents ($72,197.25) pursuant to Ark. Code Ann. § 23-81-118(b)(1) & (2);  for a total Judgment of Four Hundred and Eight Thousand, One Hundred Ninety-Seven Dollars and Twenty Five Cents ($408,197.25)), plus post-judgment interest accruing at the rate of 4.72% per annum from this date forward.

Dated this  3rd   day of March, 2006.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

---

[1]  This statute also provides for the award of a reasonable attorney's fee.  The Court will take up and consider the issue of attorney's fees upon the filing of a motion therefor.