**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DAVID J. WOOD,**                                                                                                 **PLAINTIFF**
**trustee of the Richard T. Smith Family Trust # 2**


**V.**                                          **No.  4:05-CV-00124 GTE**


**VALLEY FORGE LIFE INSURANCE COMPANY**                                  **DEFENDANT**


## ORDER

On its own initiative, the Court is filing simultaneously herewith an Amended and Substituted Order Denying New Trial.  The Amended Order differs from the original Order only on page 13 and is made for the purpose of clarifying the record to show that the jury instruction Defendant submitted was a modified version of § 126.70 from O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, Civil(5th Edition 2000), rather than the unmodified version quoted by the Court.

The Order Denying New Trial submitted yesterday, April 5th, is hereby withdrawn and replaced with the Amended and Substituted Order Denying New Trial.

IT IS SO ORDERED this   6th   day of April, 2006.


                                                                                  /s/Garnett Thomas Eisele
                                                                         UNITED STATES DISTRICT JUDGE