**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID J. WOOD,**                                                                                          **PLAINTIFF**
**trustee of the Richard T. Smith Family Trust # 2**

**V.**                                           **No.  4:05-CV-00124 GTE**

**VALLEY FORGE LIFE INSURANCE COMPANY**                              **DEFENDANT**

## ORDER AWARDING ATTORNEY'S FEES ON APPEAL

This Order resolves the outstanding issue of the amount of attorney's fees to be awarded Plaintiff David J. Wood for his success in opposing Defendant's appeal.  The Court previously postponed final resolution of the attorney's fee issue pending the issuance of the mandate in this case.  (See Court's Order filed April 19, 2007, Doc. # 129).  In the same Order, the Court requested additional information from the parties regarding the appropriate hourly rate for reimbursement of attorney travel time.  Both parties have now responded to the Court's request.  For the reasons stated below, the Court awards Plaintiff attorney's fees in the sum of $ 15,975.00, but declines to award any costs on appeal.[1]

Plaintiff David J. Wood seeks an award of additional attorney's fees for the appeal in the sum of $17,725.00.  At issue is $3000.00 claimed for 12 hours of drive time to and from St. Louis, Missouri.  Defendant Valley Forge raises two objections to this request.  First, it argues that any attorney's fee award for travel time should be calculated using an hourly rate of $125.00 rather than $250.  Second, it argues that the number of hours claimed should be reduced due to Plaintiff's counsel's decision to drive rather than fly to St. Louis for oral argument.  Thus, Valley

---

[1] As the Court explained in its April 19th Order, this Court has no authority to award costs on appeal.

- 1 -

Forge claims that the request should be reduced to $ 743.00.

In response to the Court's request for information concerning customary billing practices, neither party has presented any evidence that lawyers voluntarily and routinely reduce their hourly billing rate for travel time. The Court understands that some insurance companies may require defense counsel to reduce their hourly rate for travel time, but it does not appear that such reductions are common market practice. Nor is there any indication that Valley Forge's lawyers in this case were required to reduce their hourly billing rate for travel time.[2] The Court will compensate Plaintiff for travel time at the full hourly rate.

The Court agrees with Valley Forge that an adjustment to the claimed fees must be made for Plaintiff counsel's decision to drive rather than fly to St. Louis. The Court will therefore deduct 7 hours from the claimed 12 hours of travel time, and award attorney's fees in the sum of $1250.00, rather than the requested $3000.00.

The Court, after considering all of the arguments put forth by both parties, concludes that a fee award of $15,975.00 is reasonable and justified by the record.

**CONCLUSION**

IT IS THEREFORE ORDERED THAT Plaintiff David J. Wood's Motion for Reconsideration (Docket No. 121) be, and it is hereby, GRANTED IN PART AND DENIED IN PART. Pursuant to Ark. Code Ann. § 23-79-208, the Defendant is hereby directed to reimburse Plaintiff for attorney's fees on appeal in the sum of Fifteen Thousand Nine Hundred Seventy-Five Dollars ($ 15,975.00), with post-judgment interest accruing at the rate of 4.89% per annum

---

[2] Defense counsel states that they charged Valley Forge $120.94 for the round trip flight and billed a total of 2.5 hours travel time, although it took 5 hours total. Thus, counsel indicates parenthetically that it charged "half the actual time, or half the regular billing rate." There is no indication that defense counsel was not permitted to charge their full billing rate, however. Rather, it appears more likely that defense counsel instead voluntarily reduced the time charged.

from this date forward.

       IT IS SO ORDERED THIS <u>  16th  </u> day of May, 2007.

                                     <u>/s/Garnett Thomas Eisele</u>
                                     UNITED STATES DISTRICT JUDGE